ORIGINAL

FILED
07 OCT 29 PM 12:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. '07 CV 2048 IEG (RBB)<br><br>**DECLARATION OF RUSSELL H. OECHSEL, JR. SUPPORT OF DEFENDANT CONOCOPHILLIPS' NOTICE OF REMOVAL OF ACTION**<br><br>(San Diego Superior Court, Case No. 37-2007-00074151-CU-WT-CTI) |

**DECLARATION OF RUSSEL H. OECHSEL, JR.**

I, Russel H. Oechsel, Jr., certify and declare as follows:

1. I am currently employed as ConocoPhillips Company's ("ConocoPhillips") H.R. Generalist. In that position, I am familiar with and have personal knowledge of ConocoPhillips' corporate organization, operations, policy-making procedures, workforce distribution, payroll information, and general business affairs.

2. ConocoPhillips maintains its corporate headquarters at 600 North Dairy Ashford, Houston, Texas 77252-2197. ConocoPhillips' executive and administrative operations are centrally managed from this location. ConocoPhillips also maintains administrative offices in Bartlesville, Oklahoma, but day-to-day control over the Company is executed from the Houston headquarters.

3. The executive officers of ConocoPhillips, including the President, chief financial officer, executive vice-presidents, and general counsel, maintain their offices at ConocoPhillips' headquarters in Houston, Texas.

4. From its headquarters in Texas, ConocoPhillips makes and implements company-wide operating, financial, employee relations, marketing, development, customer care, accounting, income tax, treasury, and legal policy decisions.

5. ConocoPhillips' board room is located in Houston. ConocoPhillips' Board of Directors generally meets in Houston, Washington, D.C., or New York, but meetings have taken place at other locations around the United States and overseas. Stockholders meetings are held in Houston, Texas.

6. ConocoPhillips' financial records are maintained in Texas.

7. ConocoPhillips' tax returns are filed from Bartlesville, Oklahoma.

8. Attached as Exhibit A are true and correct copies of the Certificate of Incorporation of "Phillips Petroleum Company" and the Certificate of Amendment of "Phillips Petroleum Company", Changing its Name to "ConocoPhillips Company".

9. Attached as Exhibit B is a true and correct copy of the Refining and Marketing pages from ConocoPhillips' 2007 Fact Book.

10. Attached as Exhibit C is a true and correct copy of the Chemicals Sector pages from ConocoPhillips' 2007 Fact Book.

11. Currently, ConocoPhillips employs approximately 20,267 people in the United States. These employees are distributed among its operations in 44 states. The following states are the 10 states in which ConocoPhillips employs the most individuals:

| State | Employees (Approximate) |
|---|---|
| Texas | 6706 |
| Oklahoma | 4474 |
| California | 2581 |
| Louisiana | 1468 |
| Alaska | 1096 |
| New Jersey | 911 |
| Illinois | 910 |
| New Mexico | 863 |
| Washington | 670 |
| Colorado | 611 |

12. ConocoPhillips employs approximately 7,199 people in its twelve refineries, including:

| State (# of refineries) | Employees (Approximate) |
|---|---|
| Texas (2) | 1676 |
| California (2) | 1170 |
| Louisiana (2) | 1081 |
| New Jersey (1) | 860 |
| Illinois (1) | 745 |
| Oklahoma (1) | 695 |
| Pennsylvania (1) | 415 |
| Montana (1) | 288 |
| Washington (1) | 269 |

13. ConocoPhillips markets its products through approximately 9,076 outlets throughout 49 of the United States, including 1,201outlets in California, 1,032 outlets in Texas, and 944 outlets in Missouri.

14. ConocoPhillips Marine, named as a defendant in this action, is not a separate corporate entity from ConocoPhillips Company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October October 23, 2007, in Houston, Texas.

Russell H. Oechsel, Jr.

EXHIBIT A

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "PHILLIPS PETROLEUM COMPANY", CHANGING ITS NAME FROM "PHILLIPS PETROLEUM COMPANY" TO "CONOCOPHILLIPS COMPANY", FILED IN THIS OFFICE ON THE TWELFTH DAY OF DECEMBER, A.D. 2002, AT 1:41 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2002, AT 11 O'CLOCK P.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0064324 8100

030621280

AUTHENTICATION: 2656634

DATE: 09-26-03

EXHIBIT A

PAGE 4

FROM RL&F#1 (THU)12.12'02 13:32/ST.13: P 5

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 01:41 PM 12/12/2002
020763238 – 0064324

**CERTIFICATE OF AMENDMENT**

**to the**

**RESTATED CERTIFICATE OF INCORPORATION**

**of**

**PHILLIPS PETROLEUM COMPANY**
**(to be renamed ConocoPhillips Company)**

Phillips Petroleum Company ("Phillips"), a corporation organized and existing under the General Corporation Law of the State of Delaware (the "DGCL"), hereby certifies that:

1. The amendments to Phillips' Restated Certificate of Incorporation set forth below were duly adopted in accordance with the provisions of Section 242 of the DGCL and have been consented to in writing by the sole stockholder of Phillips in accordance with Section 228 of the DGCL.

2. Phillips' Restated Certificate of Incorporation is hereby amended by deleting Article I thereof and replacing in lieu thereof a new Article I reading in its entirety as follows:

"The name of the corporation (which is hereinafter referred to as the "Corporation") is ConocoPhillips Company."

3. Phillips' Restated Certificate of Incorporation is hereby amended by deleting Section 1 of Article IV thereof and replacing in lieu thereof a new Section 1 reading in its entirety as follows:

"Section 1. The Corporation shall be authorized to issue 2,100 shares of capital stock, of which 2,100 shares shall be shares of Common Stock, $.01 par value ("Common Stock")."

4. Pursuant to Section 103(d) of the DGCL, this amendment will become effective at 11:00 p.m., Eastern time, on December 31, 2002.

HOU03:884504.1

EXHIBIT A

PAGE 5

IN WITNESS WHEREOF, Phillips has caused this certificate to be executed this 12th day of December, 2002.

PHILLIPS PETROLEUM COMPANY

By: ______________________
Name: Rick A. Harrington
Title: Senior Vice President, Legal, and General Counsel

HOU03:884504.1

EXHIBIT A

PAGE 6

# Delaware

PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "PHILLIPS PETROLEUM COMPANY", FILED IN THIS OFFICE ON THE THIRTEENTH DAY OF JUNE, A.D. 1917, AT 9 O'CLOCK A.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0064324 8100 EXHIBIT A AUTHENTICATION: 2371088

030252411 PAGE 7 DATE: 04-17-03

643-34

CERTIFICATE OF INCORPORATION

OF

PHILLIPS PETROLEUM COMPANY

RECORDED AND FILED

JUN 13 1917 9 A.M.

United States Corporation Company
MUTUAL LIFE BUILDINGS
NEW YORK

00001

00372

EXHIBIT A
PAGE 8

CERTIFICATE OF INCORPORATION

-of-

PHILLIPS PETROLEUM COMPANY.

- - -

WE, THE UNDERSIGNED, being associated to establish a corporation for the purposes hereinafter set forth, under the General Corporation Laws of the State of Delaware, do hereby make and file a certificate of incorporation in writing certifying:

FIRST: The name of the corporation is PHILLIPS PETROLEUM COMPANY.

SECOND: The principal office of the corporation is to be located in the City of Dover, in the County of Kent, in the State of Delaware; and the name of its resident agent is James M. Satterfield.

THIRD: The nature of the business of the corporation and the objects or purposes proposed to be transacted, promoted or carried on, are:

(a) To carry on the business of buying, selling, or otherwise acquiring, taking, owning, holding, developing, leasing, managing, manufacturing, importing and exporting, utilizing, marketing, trading, dealing in, and otherwise turning to account, any and all kinds and grades of oil and gas, petroleum, asphalt, bitumen

and bituminous substances of all kinds, carbon and hydrocarbon products, and any and all elements, constituents, products, by-products, compounds, blends and combinations thereof;

(b) To purchase, take, hold, own, lease, exchange, or otherwise acquire, and to develop, sell, mortgage, let and deal in gas-bearing, oil-bearing and other mineral-bearing properties, leases, mines, wells and rights, and any and all interest whatsoever therein or thereto, and to engage in the business of producing, mining and selling gas, oil and other minerals;

(c) To purchase, obtain by contract or concession, or otherwise acquire, take, hold, own, develop, explore, exploit, improve, operate, lease, enjoy, control, manage, or otherwise turn to account, mortgage, grant, sell, exchange, deal in, convey, or otherwise dispose of, any and all lands, real estate, leases, concessions, licenses, immunities, powers, privileges, grants, rights, land patents, franchises, deposits, wells, mines, quarries, locations, claims, easements, tenements, hereditaments and interests, of every description and nature whatsoever;

(d) In connection with and incidental to any of the foregoing, to purchase, or otherwise acquire, take, own, hold, mortgage, pledge, create liens upon, convey, sell, lease, enjoy, or otherwise turn to account, assign and transfer, and to invest, trade and deal in goods, wares and merchandise and real and personal property, and to exercise any and all powers connected with or

relating to each and every of the foregoing businesses;

(e) To construct, build, purchase, lease, or otherwise acquire, take, own, hold, equip, improve, develop, maintain, manage, operate, control, mortgage, create liens upon, deal in, and otherwise dispose of and turn to account, any and all kinds of plants, works, factories, buildings, structures, stores, storehouses, warehouses, houses, extracting plants, waterworks and plants, tanks, reservoirs, containers, pumps, stills, condensers, absorbers, tubes, engines, boilers, turbines, generators, converters, machines and machinery of all kinds, electrical and otherwise, switchboards, meters and all kinds of measuring devices, tools, implements, equipment, apparatus and things or property, real or personal, of every kind and description, cars, tank cars, tanks, pipe lines, transmission lines, distribution lines and plants, mains, pipes, conduits, ducts, services, pumping and compressing stations, terminals, storage plants and equipment, systems, vehicles, however propelled, ships, docks, boats, barges, floats, vessels and craft of any and all kinds, however operated or propelled, docks, wharves, drydocks, repair shops, elevators, piers and any and all facilities, connections, installations, appliances, apparatus, appurtenances, things or property, real and personal, of every kind and description connected with, incidental to, necessary, suitable, useful, convenient or appertaining to the producing, drilling for, mining, manufacturing, buying, acquiring, securing, transporting, refining, reducing, condensing,

evaporating, vaporizing, blending, analyzing, compressing, liquifying, absorbing, cracking, extracting, separating, purifying, combining, mixing, marketing, utilizing, dealing in, storing, or otherwise disposing of and turning to account, oil of any and all kinds and grades, gas, either natural or artificial, gasoline, naptha, alcohol, benzine, kerosene, carbon and hydrocarbon products, nitrates, petroleum, asphalt, bitumen and bituminous substances of all kinds, and the elements, constituents, products and by-products, mixtures, combinations and blends thereof, and for any of the purposes enumerated in this certificate;

(f) To apply for, obtain, register, purchase, lease, acquire, secure, own, hold, use, operate, contract or negotiate for, take licenses or other rights in respect of, sell, transfer, grant licenses and rights in respect of, manufacture under, introduce, sell, assign, collect the royalties on, mortgage, pledge, create liens upon, or otherwise dispose of, deal in and turn to account letters patent, patents, patent rights, patents applied for or to be applied for, trade marks, trade names and symbols, distinction marks and indications of origin or ownership, copyrights, syndicate rights, inventions, discoveries, devices, machines, improvements, processes, data, formulae of any and all kinds granted by or recognized under or pursuant to the laws of the United States of America, or of any other country or countries whatsoever;

(g) To acquire all or any part of the good will, rights, property and business of any person, firm, association or corporation, heretofore or hereafter engaged



EXHIBIT A
PAGE 12

in any business similar to the business of this corporation, and to pay for the same in cash or in stock or bonds of this corporation or otherwise, and to hold, utilize, enjoy and in any manner dispose of the whole, or any part of the rights and property so acquired, and to assume in connection therewith, any liabilities of any such person, firm, association or corporation, and to conduct in any lawful manner and in any country, state or locality herein enumerated, the whole or any part of the business thus acquired, provided such business is within the authorization of the General Corporation Laws of the State of Delaware;

(b) To purchase, own, hold, sell, assign, transfer, mortgage, pledge, create liens upon, or otherwise dispose of, so far as may be done under the laws of the State of Delaware, any of the shares of the capital stock of, or any bonds, debentures, notes, securities or other evidences of indebtedness, created, issued or incurred by any public, municipal, quasi public or private corporations or associations, wherever organized or created, and as owner thereof to exercise all rights, powers and privileges of ownership, including the right to vote upon any stock thus owned; and to aid in any manner which shall be lawful any corporation or association of which any bonds, stocks or other securities or evidences of indebtedness shall be held by this corporation, and to do any acts and things permitted by law and designed to protect, preserve, improve or enhance the value of any such bonds, stocks or other securities

or evidences of indebtedness;

(i) To have one or more offices and to carry on any and all of its businesses and operations without restriction or limit as to amount, either within or without the State of Delaware, in the other states, the District of Columbia, the territories, colonies and dependencies of the United States of America, and in all or any foreign countries or in any part of the world;

(j) To do all and everything necessary, suitable and proper for the accomplishment of any of the purposes or attainment of any of the objects or exercise of any of the powers herein set forth, whether herein specified or not, either alone or in connection with other firms, individuals or corporations, both in this State and throughout the United States and elsewhere, and to do any other act or acts, thing or things, incidental or appurtenant to or growing out of or connected with said businesses or powers, or any part thereof, if not inconsistent with the laws under which this corporation is organized;

(k) It is declared that the objects and powers specified in the various paragraphs contained in this clause shall be in no wise limited or restricted by reference to or inference from the terms of any other of the paragraphs of this or any other clause of this certificate of incorporation.

FOURTH: The total number of shares authorized to be issued by this corporation is thirty thousand (30,000), all of which shall be without any nominal or par value.

The number of shares with which this corporation will commence business is ten (10).

FIFTH: The names and places of residence of each of the original subscribers to the capital stock and the number of shares subscribed for by each are as follows:

| NAME | RESIDENCE | NO. OF SHARES |
|---|---|---|
| James M. Satterfield, | Dover, Delaware | 4 |
| L. B. Phillips | Dover, Delaware | 3 |
| J. B. Bailey | Dover, Delaware | 3 |

SIXTH: The corporation is to have perpetual existence.

SEVENTH: The private property of the stockholders shall not be subject to the payment of corporate debts to any extent whatsoever.

EIGHTH: The provisions which the incorporators hereby insert in the certificate of incorporation of the corporation for the regulation of the business and for the conduct of the affairs of the corporation and creating, defining, limiting and regulating the powers thereof and of the directors and stockholders, the same being in furtherance of and in addition to, and not in limitation of the powers now or hereafter conferred by the present or any future law or laws of the State of Delaware, are as follows:

1. The number of directors of the corporation, none of whom need be a stockholder, shall be fixed and may be altered from time to time as may be provided by the By-Laws; and in case of any increase in the number

of directors, the additional directors shall be elected as provided by the By-Laws;

2. The board of directors shall have power to fix the amount of the accumulated profits of this corporation to be reserved as working capital, or for any other lawful purpose, prior to the declaration of any dividend upon the corporation's stock;

3. The corporation shall have power, acting through its board of directors, except that in cases where the action of the stockholders shall be required by statute, such action shall also be obtained,

(a) The board of directors shall have power to issue its stocks, bonds, or other obligations, from time to time, for such consideration as may be fixed, from time to time, by the board of directors;

(b) To borrow money and to make and issue notes, bonds, debentures, obligations and evidences of indebtedness, whether secured by mortgage, pledge or otherwise, and to secure the same by mortgage, pledge or otherwise of all or any part of its property or assets; and generally to make and perform agreements and contracts of every kind and description;

(c) The board of directors shall have power to make, alter, amend and repeal the By-Laws of this corporation, subject to the power of the stockholders to amend, alter or repeal any By-Laws thus adopted by the board of directors;

(d) To guarantee the payment of dividends or the principal and interest on the property, stocks, bonds,

debentures, or other securities issued by or the performance of any other contract or obligation of any other person, corporation, association or partnership whatsoever, so far as the same is not contrary to law, whenever, in the judgment of the board of directors or executive committee, it shall be necessary or proper for the business of the corporation or in the furtherance of its interest so to do;

(e) The board of directors shall have power, from time to time, to appoint an executive committee consisting of two or more of their number, which committee shall for the time being, as may be provided in a resolution of the board of directors, or in the By-Laws of this corporation, have or exercise any and all of the powers of the board of directors in the management of the business and affairs of this corporation;

(f) Both the stockholders and directors shall have power to hold their meetings either within or without the State of Delaware; and to keep the books, documents and records of this corporation, except as may be otherwise required by the laws of this State, outside of the State of Delaware;

(g) The board of directors shall have power to determine, from time to time, whether and to what extent and under what conditions and regulations the accounts, books and records of this corporation, other than as may be provided by the laws of Delaware, or any of them, shall be open to the inspection of the stockholders; and no stockholder shall have any right to inspect any

account or book or document of this corporation, except as conferred by the Statutes of the State of Delaware, unless and until authorized to do so by a resolution of the directors or stockholders of this corporation;

(h) The corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate of incorporation, in the manner now or hereafter prescribed by law, and all rights conferred on stockholders herein are subject to this reserved power;

(i) The directors and officers of this corporation may be directors and officers in other corporations, and transactions and contracts of this corporation with said other corporations shall not be affected by the fact that the officers hereof are interested in or are directors or officers of such other corporation or corporations;

(j) This corporation shall have the power to procure itself to be licensed or organized in any state or subdivision thereof of the United States, the District of Columbia, the territories, colonies or possessions of the United States, and in any foreign country.

IN WITNESS WHEREOF, we, the undersigned, being each of the original subscribers to the capital stock as hereinbefore specified, the said shares of which we respectfully agree to take, do hereby make and file this certificate, and accordingly have hereunto set our hands and seals on the 13th day of June, 1917.

IN THE PRESENCE OF:

Edwin F. Wood,
[illegible]

[signature] (L.S.)
L. B. Phillips (L.S.)
J. O. Bailey (L.S.)

0041



EXHIBIT A

PAGE 18

STATE OF DELAWARE, )
: SS.:
COUNTY OF KENT, )

BE IT REMEMBERED, that on this thirteenth day of June, 1917, personally came before me, the subscriber and Notary Public in and for the County and State aforesaid, JAMES H. SATTERFIELD, L. B. PHILLIPS and J. B. BAILEY all the parties to the foregoing certificate of incorporation, known to me personally to be such, and severally acknowledged the said certificate to be the act and deed of the signers respectively, and that the facts therein stated are truly set forth.

GIVEN under my hand and seal of office the day and year aforesaid.

Edwin F. Wood
Notary Public.

# Refining and Marketing

ConocoPhillips is the second-largest refiner in the United States, with crude oil processing capacity of approximately 2.0 MMBD; and the world's fifth-largest nongovernment-controlled refiner, with crude oil processing capacity of more than 2.7 MMBD globally.

ConocoPhillips' Refining and Marketing (R&M) operations are comprised of global refining, marketing and transportation of petroleum products and related specialty businesses, as well as the development and management of downstream technology. These businesses upgrade crude oil and other feedstocks into higher-value petroleum products, including gasoline, diesel fuel, jet fuel, lubricants, coke and other specialty products.

Effective Jan. 1, 2007, ConocoPhillips and EnCana Corporation of Canada created an integrated, North American heavy oil business, consisting of both upstream and downstream assets. The downstream venture, WRB Refining LLC, consists of ConocoPhillips' Wood River and Borger refineries, located in Roxana, Ill., and Borger, Texas, respectively. Plans are to expand heavy oil processing capacity and throughput at these facilities by 2015. ConocoPhillips and EnCana each own 50 percent of the venture. However, ConocoPhillips holds a disproportionate economic interest in Borger for two years: 85 percent in 2007 and 65 percent in 2008. ConocoPhillips will purchase and transport all feedstocks for the refineries and sell the refined products. ConocoPhillips serves as operator of the downstream venture, which is headquartered in Houston. The upstream venture is described on Page 12.

The company's products are sold at some 13,000 retail and wholesale outlets around the world, primarily under the Phillips 66®, Conoco® and 76® brands in the United States and JET® brand in Europe.

ConocoPhillips owns or leases transportation assets – pipelines and terminals, marine and inland vessels, rail cars and trucks – to bring crude oil and feedstock to its refineries and to carry refined products to market.

## Facts

*(As of Jan. 1, 2007)*

- U.S. Refineries: 12 refineries
- International Refineries: Seven refineries in five countries
- U.S. Marketing: Markets through approximately 10,600 outlets
- Crude Processing Capability: U.S. – 2.0 MMBD; International – 0.7 MMBD
- Key Products: Gasoline, diesel fuel, jet fuel, liquefied petroleum gas (LPG), base oils, lubricants, solvents, aviation gasoline, and premium and fuel-grade petroleum cokes
- R&M Total Assets: $35.8 billion
- Employees: 20,267 (includes 8,013 retail store employees)

**U.S. Refining** *as of January 1, 2007*






EXHIBIT B
PAGE 20

# United States

ConocoPhillips divides its North American refining and marketing activities into four regions. Each region contains assets that are integrated by location, transportation, markets and commercial activities.

## Refining

**East Coast Region** *as of Jan. 1, 2007*

| Refinery | Crude Charge Capacity (MBD) | Total Charge Capacity (MBD) | Gasoline Production Capacity (MBD) | Distillate Production Capacity (MBD)[1] | Nelson Complexity Factor[2] | Clean Product Yield |
|---|---|---|---|---|---|---|
| Bayway | 238 | 285 | 145 | 110 | 10.1 | 90% |
| Trainer | 185 | 190 | 105 | 65 | 7.8 | 87% |
| **Total** | **423** | **475** | **250** | **175** | | |

[1] Includes aviation and jet fuel. [2] The Nelson Complexity Factor calculation considers the variety and capacity of the different processing units within a refinery. The higher a refinery's factor, the greater is its secondary conversion capacity and capability to produce higher-value products.

### Bayway Refinery

The Bayway refinery, located on the New York Harbor in Linden, N.J., has a crude oil processing capacity of 238 MBD and processes mainly light, low-sulfur crude oil. Crude oil is supplied to the refinery by tanker, primarily from the North Sea, Canada and West Africa. The facility distributes its refined products to East Coast customers through pipelines, barges, rail cars and trucks.

The refinery produces a high percentage of transportation fuels, such as gasoline, ultra-low-sulfur diesel fuel and jet fuel. Other products include petrochemical feedstocks, home heating oil and residual fuel oil. The mix of products produced changes to meet seasonal demand. Gasoline is in higher demand during the summer, while in winter the refinery optimizes operations to increase heating oil production. The complex also includes a 775-million-pound-per-year polypropylene plant.

### Trainer Refinery

The Trainer refinery is located on the Delaware River in Trainer, Pa., about 10 miles southwest of the Philadelphia airport. The refinery has a crude oil processing capacity of 185 MBD and processes mainly light, low-sulfur crude oil. The Bayway and Trainer refineries are operated in coordination with each other by sharing crude oil cargoes and moving feedstocks between the facilities. Trainer receives crude oil from West Africa, Canada and the North Sea.

The refinery produces a high percentage of transportation fuels, such as gasoline, diesel fuel and jet fuel. Other products include home heating oil, residual fuel oil and liquefied petroleum gas. Refined products primarily are distributed to customers in Pennsylvania, New York and New Jersey via pipeline, barge, rail car and truck, and home heating oil is distributed by tanker.

EXHIBIT B

PAGE 21

**Gulf Coast Region** *as of Jan. 1, 2007*

| Refinery | Crude Charge Capacity (MBD) | Total Charge Capacity (MBD) | Gasoline Production Capacity (MBD) | Distillate Production Capacity (MBD)[1] | Nelson Complexity Factor[2] | Clean Product Yield |
|---|---|---|---|---|---|---|
| Alliance | 247 | 280 | 125 | 120 | 11.2 | 82% |
| Sweeny | 247 | 300 | 130 | 120 | 12.5 | 85% |
| Lake Charles | 239 | 280 | 90 | 110 | 8.5 | 71% |
| **Total** | **733** | **860** | **345** | **350** | | |

[1] Includes aviation and jet fuel. [2] The Nelson Complexity Factor calculation considers the variety and capacity of the different processing units within a refinery. The higher a refinery's factor, the greater is its secondary conversion capacity and capability to produce higher-value products.

### Alliance Refinery

The Alliance refinery, located on the Mississippi River in Belle Chasse, La., 25 miles south of New Orleans, has a crude oil capacity of 247 MBD and processes mainly light, low-sulfur crude oil. Alliance receives domestic crude oil from the Gulf of Mexico via pipeline, and foreign crude oil from the North Sea and West Africa via pipeline connected to the Louisiana Offshore Oil Port. The refinery produces a high percentage of transportation fuels, such as gasoline, diesel fuel and jet fuel. Other products include petrochemical feedstocks, home heating oil and anode petroleum coke. The majority of the refined products are distributed to customers in the southeastern and eastern United States through major common-carrier pipeline systems and by barge.

The refinery returned to normal operations in April 2006 following repairs resulting from hurricane damage in the fall of 2005.

### Sweeny Refinery

The Sweeny refinery, located in Old Ocean, Texas, 65 miles southwest of Houston, has a crude oil processing capacity of 247 MBD. The refinery processes mainly heavy, high-sulfur crude oil, but also processes light, low-sulfur crude oil. The refinery primarily receives crude oil through wholly and jointly owned terminals on the Gulf Coast, including a deepwater terminal at Freeport, Texas. The refinery produces a high percentage of transportation fuels, such as gasoline, diesel fuel and jet fuel. Other products include petrochemical feed-stocks, home heating oil and petroleum (fuel) coke. Refined products are distributed throughout the Midwest and southeastern United States by pipeline, barge and rail car.

ConocoPhillips has a 50 percent interest in Merey Sweeny, L.P., a limited partnership that owns a 65 MBD delayed coker and related facilities at the Sweeny refinery. Petróleos de Venezuela S.A. (PDVSA), which owns the remaining 50 percent interest, supplies the refinery with Venezuelan crude oil. ConocoPhillips is the operating partner.

### Lake Charles Refinery

The Lake Charles refinery, located in Westlake, La., has a crude oil processing capacity of 239 MBD and processes mainly heavy, high-sulfur crude oil, as well as low-sulfur and acidic crude oil. The refinery receives domestic and foreign crude oil, with a majority of its foreign crude oil being heavy Venezuelan and Mexican crude oil delivered via tanker.

The refinery produces a high percentage of transportation fuels, such as gasoline, off-road diesel fuel and jet fuel, along with home heating oil. The majority of its refined products are distributed by truck, rail car, barge or major common-carrier pipelines in the south-eastern and eastern United States. In addition, refined products can be sold into export markets through the refinery's marine terminal. The refinery facilities include a specialty coker and calciner, which produce graphite petroleum coke for the steel industry. The Lake Charles refinery supplies feedstocks to Excel Paralubes and Penreco, joint ventures that are part of our Specialty Businesses function within R&M.

EXHIBIT B

PAGE 22

**Central Region** *as of Jan. 1, 2007*

| Refinery | Crude Charge Capacity (MBD) | Total Charge Capacity (MBD) | Gasoline Production Capacity (MBD) | Distillate Production Capacity (MBD)[1] | Nelson Complexity Factor[2] | Clean Product Yield |
|---|---|---|---|---|---|---|
| Wood River* | 153 | 158 | 83 | 45 | 9.0 | 78% |
| Ponca City | 187 | 195 | 105 | 75 | 11.2 | 90% |
| Borger* | 124 | 153 | 94 | 47 | 13.3 | 92% |
| **Total** | **464** | **506** | **282** | **167** | | |

[1] Includes aviation and jet fuel. [2] The Nelson Complexity Factor calculation considers the variety and capacity of the different processing units within a refinery. The higher a refinery's factor, the greater is its secondary conversion capacity and capability to produce higher-value products.

* Amounts reflect the subtraction of volumes allocated to the downstream business venture with EnCana, effective Jan. 1, 2007. ConocoPhillips' 85 percent interest in Borger will reduce to 65 percent in 2008 and 50 percent in 2009.

### Wood River Refinery

The Wood River refinery is located on the east side of the Mississippi River in Roxana, Ill., about 15 miles northeast of St. Louis, Mo. It has a gross crude oil processing capacity of 306 MBD. Effective Jan. 1, 2007, the Wood River refinery became part of the business venture with EnCana. As a result, ConocoPhillips now has 50 percent interest in the refinery.

The refinery processes a mix of light, low-sulfur and heavy, high-sulfur crude oil. Wood River receives domestic and foreign crude oil by various pipelines and produces a high percentage of transportation fuels, such as gasoline, diesel fuel and jet fuel. Other products include petrochemical feedstocks and asphalt. Through an off-take agreement, a significant portion of its gasoline and diesel fuel is sold to a third party for delivery via pipelines into the upper Midwest, including the Chicago, Ill., and Milwaukee, Wis., metropolitan areas. The remaining refined products are distributed to customers in the Midwest by pipeline, truck, barge and rail car.

In early 2007, the refinery completed the construction and startup of a facility utilizing ConocoPhillips' proprietary S-Zorb™ Sulfur Removal Technology (SRT) for the production of low-sulfur gasoline.

### Ponca City Refinery

The Ponca City refinery is located in Ponca City, Okla., and has a crude oil processing capacity of 187 MBD. The refinery processes a mixture of light, medium and heavy crude oil. Most of the crude oil processed is received by pipeline from the Gulf of Mexico, Oklahoma, Kansas, Texas and Canada. The Ponca City refinery is a high-conversion facility that produces a full range of products, including gasoline, diesel fuel, jet fuel, liquefied petroleum gas (LPG) and anode-grade petroleum coke. The refinery's facilities include fluid catalytic cracking, delayed coking and hydro-desulfurization units that enable it to produce high ratios of low-sulfur gasoline and ultra-low-sulfur diesel fuel from crude oil. Finished petroleum products are shipped by truck, rail car and company-owned and common-carrier pipelines to markets throughout the Mid-Continent region.

### Borger Refinery

The Borger refinery is located in Borger, Texas, in the Texas Panhandle about 50 miles north of Amarillo and includes a natural gas liquids fractionation facility. The gross crude oil processing capacity of the refinery is 146 MBD, and the natural gas liquids fractionation capacity is 45 MBD. Effective Jan. 1, 2007, the Borger refinery became part of the business venture with EnCana. As a result, ConocoPhillips now has 85 percent interest in the refinery, which will reduce to 65 percent in 2008 and 50 percent in 2009 onward, in accordance with terms of the agreement.

The refinery processes mainly light, low-sulfur and medium, high-sulfur crude oil. It receives crude oil and natural gas liquids feedstocks through ConocoPhillips pipelines from West Texas, the Texas Panhandle and Wyoming. The Borger refinery also can receive foreign crude oil via company-owned pipeline systems. The refinery produces a high percentage of transportation fuels, such as gasoline, diesel fuel and jet fuel, along with a variety of natural gas liquids and solvents. Pipelines move refined products from the refinery to West Texas, New Mexico, Colorado and the Mid-Continent region.

During the second quarter of 2007, construction was completed on a 25 MBD coker and other modifications at the refinery. This project allows Borger to comply with clean fuel regulations for ultra-low-sulfur diesel fuel and low-sulfur gasoline, as well as comply with required reductions of sulfur dioxide emissions. The project will enable the refinery to improve operating performance by adding upgrading capability, improving utilization and increasing capacity to process heavy sour crude oil.

EXHIBIT B

PAGE 23

**West Coast Region** *as of Jan. 1, 2007*

| Refinery | Crude Charge Capacity (MBD) | Total Charge Capacity (MBD) | Gasoline Production Capacity (MBD) | Distillate Production Capacity (MBD)[1] | Nelson Complexity Factor[2] | Clean Product Yield |
|---|---|---|---|---|---|---|
| Los Angeles | 139 | 155 | 85 | 61 | 14.6 | 87% |
| San Francisco | 120 | 135 | 50 | 45 | 11.7 | 70% |
| Ferndale | 96 | 100 | 50 | 30 | 8.1 | 76% |
| Billings | 58 | 64 | 35 | 25 | 13.8 | 89% |
| **Total** | **413** | **454** | **220** | **161** | | |

[1] Includes aviation and jet fuel. [2] The Nelson Complexity Factor calculation considers the variety and capacity of the different processing units within a refinery. The higher a refinery's factor, the greater is its secondary conversion capacity and capability to produce higher-value products.

### Los Angeles Refinery

The Los Angeles refinery is composed of two linked facilities located roughly five miles apart in Carson and Wilmington, Calif., about 15 miles southeast of the Los Angeles International Airport. Carson serves as the front-end of the refinery by processing crude oil, and Wilmington serves as the back-end by upgrading the products.

The refinery has a crude oil processing capacity of 139 MBD and processes mainly heavy high-sulfur crude oil. The refinery receives domestic crude oil via pipeline from California and both foreign and domestic crude oil by tanker through a third-party terminal in the Port of Long Beach. The refinery produces a high percentage of transportation fuels, such as gasoline, diesel fuel and jet fuel. Other products include fuel-grade petroleum coke. The refinery produces California Air Resources Board (CARB) gasoline, using ethanol, to meet government-mandated oxygenate requirements. Refined products are distributed to customers in southern California, Nevada and Arizona by pipeline and truck.

In late 2005, ConocoPhillips entered into an agreement to utilize a proposed facility to provide additional waterborne crude oil receipt capacity in the Los Angeles harbor. This facility would allow the refinery to increase its proportion of waterborne crude oil versus California crude oil and to accept crude oil from large tankers.

### San Francisco Refinery

The San Francisco refinery is composed of two facilities linked by a 200-mile pipeline. The Santa Maria facility is located in Arroyo Grande, Calif., while the Rodeo facility is in the San Francisco Bay area. The combined facilities have a total crude oil processing capacity of 120 MBD.

The refinery processes mainly heavy, high-sulfur crude oil. The refinery receives crude oil from California and foreign sources by tanker. Semirefined liquid products from the Santa Maria facility are sent by pipeline to the Rodeo facility for upgrading into finished petroleum products. A high proportion of the refinery's production is transportation fuel, such as gasoline, diesel fuel and jet fuel. The refinery produces CARB gasoline, using ethanol, to meet government-mandated oxygenate requirements. Refined products are distributed by pipeline, rail car, truck and barge to customers in California.

### Ferndale Refinery

The Ferndale refinery is located on Puget Sound in Ferndale, Wash., about 20 miles south of the U.S.-Canada border and has a crude oil capacity of 96 MBD. The refinery processes primarily light, low-sulfur crude oil. Ferndale operates a deepwater dock that is capable of accommodating tankers bringing Alaskan North Slope crude oil from Valdez, Alaska. The refinery also receives Canadian crude oil via pipeline. The refinery produces transportation fuels, such as gasoline and diesel fuel. Other products include residual fuel oil supplying the northwest marine transportation market. Most refined products are distributed by pipeline and barge to major markets in the northwest United States.

### Billings Refinery

The Billings refinery is located in Billings, Mont. The refinery has a crude oil processing capacity of 58 MBD, and processes a mixture of Canadian heavy, high-sulfur crude, plus domestic high-sulfur and low-sulfur crude oil, all delivered by pipeline. A delayed coker converts heavy, high-sulfur residue into higher-value light oils. The refinery produces a high percentage of transportation fuels, such as gasoline, aviation and diesel fuels, as well as fuel-grade petroleum coke. Finished petroleum products from the refinery are delivered via pipeline, rail car and truck. Pipelines transport most of the refined products to markets in Montana, Wyoming, Utah and Washington.

EXHIBIT 13
PAGE 24

# Marketing

In the United States, ConocoPhillips markets gasoline, diesel fuel, aviation fuel and convenience products principally through approximately 10,600 branded outlets. These outlets include company-owned and company-operated retail outlets, company-owned and dealer-operated retail outlets, and outlets owned and operated by independent dealers and wholesale marketers. All outlets are branded with the Phillips 66,® Conoco® or 76® trademarks and feature gasolines that have been recognized as Top Tier by leading automakers since 2004 *(www.toptiergas.com)*. These operations are strategically served by the company's refineries and transportation systems.

## Wholesale Marketing

In its wholesale operations, ConocoPhillips utilizes a network of marketers and dealers operating approximately 9,600 outlets. Refined products are marketed on both a branded and unbranded basis. The company has made a decision to emphasize the wholesale channel of trade. Excluding bulk transactions and product supply activity, wholesale volumes in 2006 were approximately 350 MMBBL.

ConocoPhillips announced in January 2007 that it is withdrawing its brands from gasoline and diesel fuel sales in Minnesota, North Carolina, South Carolina and certain portions of Wisconsin, North Dakota, South Dakota, Arizona and Nevada, effective during the third quarter of 2007.

In addition to automotive gasoline and diesel fuel, the company produces and markets jet fuel and aviation gasoline through independent marketers and dealers at approximately 580 Phillips 66® branded locations, as well as through unbranded and military channels.

## Retail Marketing

ConocoPhillips owns and operates approximately 330 retail outlets under the Phillips 66,® Conoco® and 76® brands. The company-operated retail outlets are focused in 10 states, mainly in the Mid-Continent, Rocky Mountains and West Coast regions. Retail fuel volumes for 2006 were approximately 15 MMBBL.

Additionally, CFJ Properties, the company's 50/50 joint venture with Flying J, owns and operates 100 truck travel plazas that carry the Conoco® and/or Flying J brands.

In December 2006, ConocoPhillips announced its intention to divest its company-owned retail outlets. Of the approximately 830 outlets scheduled for divestiture, 330 are company operated.

EXHIBIT B

PAGE 25

**U.S. Marketing and Transportation Assets** *as of March 31, 2007*




* Market share based on all ConocoPhillips stations as a percentage of total stations in region.
** Terminals based on refined products and LPG terminals.

ConocoPhillips markets fuel under these brands in the United States.

# Transportation

ConocoPhillips owns or leases various assets to provide strategic, timely and environmentally safe delivery and storage of crude oil, refined products and natural gas liquids. These assets include thousands of miles of pipeline systems; product, crude oil and liquefied petroleum gas (LPG) terminals; a coke exporting facility; a fleet of innovative, environmentally sound marine and inland vessels; and a diverse fleet of rail cars.

### Pipelines and Terminals

As of Jan. 1, 2007, ConocoPhillips had approximately 30,000 miles of common-carrier crude oil, raw natural gas liquids and petroleum products pipeline systems in the United States, including those partially owned and/or operated by affiliates. The company also owned and/or operated 65 finished product terminals, 10 liquefied petroleum gas terminals, 10 crude oil terminals and one coke exporting facility.

### Marine Vessels

On Dec. 31, 2006, the company had under charter 15 double-hulled crude oil tankers, with capacities ranging in size from 650,000 to 1,100,000 barrels. These tankers are utilized to transport feedstocks to certain ConocoPhillips U.S. refineries. In addition, the company has a domestic fleet of both owned and chartered boats and barges providing inland and ocean-going waterway transportation. This

EXHIBIT B



PAGE 26

excludes the operations of the company's subsidiary, Polar Tankers, Inc., which is discussed in the E&P section, along with the owned tanker on lease to a third party for use in the North Sea.

**Truck and Rail**

A joint venture, Sentinel Transportation, LLC, provides dedicated and specialized trucking services for ConocoPhillips and DuPont. The $96 million trucking entity has more than 700 employees based at 40 terminals, operating approximately 400 transports, and driving 34 million miles per year to deliver petroleum feedstocks, finished products and specialty chemicals across the United States. ConocoPhillips represents nearly 60 percent of Sentinel's business activity.

Rail movements are provided via a diverse fleet of over 6,300 owned and leased rail cars moving products in support of U.S. refinery and specialty operations.

**Major Pipeline Systems** *as of Jan. 1, 2007*

| Interest | Name | Origination/Terminus | Type | Size | Miles | Capacity BOPD |
|---|---|---|---|---|---|---|
| 100% | Sweeny to Pasadena | Sweeny, TX/Pasadena, TX | Product | 12,18" | 121 | 265,500 |
| 100% | Coast and Valley System | Central CA/Bay Area, CA | Crude | 8-12" | 600 | 240,000 |
| 100% | Gold Line | Borger, TX/East Chicago, IL | Product | 8-16" | 961 | 130,000 |
| 100% | Cushing | Cushing, OK/Ponca City, OK | Crude | 18" | 59 | 122,000 |
| 100% | Oklahoma Mainline/CPL | Wichita Falls, TX/Ponca City, OK | Crude | 12" | 274 | 120,000 |
| 100% | WA Line | Odessa, TX/Borger, TX | Crude | 12-14" | 290 | 109,000 |
| 0%[1] | Line EZ | Rankin, TX/Sweeny, TX | NGL | 10" | 434 | 100,800 |
| 100% | Seaway Products | Pasadena, TX/Cushing, OK | Product | 16-20" | 523 | 85,000 |
| 100% | Standish | Cushing, OK/Wichita, KS | Product | 18"- 12" | 148 | 85,000 |
| 100% | Line 0 | Cushing, OK/Borger, TX | Crude | 10" | 220 | 59,000 |
| 100% | Wood River | Ponca City, OK/Mt. Vernon, MO | Product | 10-12" | 238 | 55,000 |
| 100% | Los Angeles and Ventura | Ventura, CA/Los Angeles Basin, CA | Crude | 8-16" | 192 | 50,000 |
| 100% | Seminoe | Billings, MT/Sinclair, WY | Product | 8" | 335 | 40,000 |
| 100% | Oklahoma City/Cherokee 8" | Ponca City, OK/Oklahoma City, OK | Product | 8" | 79 | 39,000 |
| 100% | Wichita | Ponca City, OK/Wichita, KS | Product | 8-10" | 129 | 37,000 |
| 100% | Line 80 | Gaines, TX/Borger, TX | Crude | 8,12" | 235 | 27,000 |
| 100% | Cheyenne Products | Cheyenne, WY/Sidney, NE | Product | 6" | 120 | 24,000 |
| 100% | Powder River | Douglas, WY/Borger, TX | NGL | 6" | 700 | 18,500 |
| 100% | East Texas | Greenville, TX/Mount Pleasant, TX | Product | 6" | 75 | 16,000 |
| 79.2% | Glacier | Cut Bank, MT/Billings, MT | Crude | 8-10-12" | 827 | 110,000 |
| 70% | Borger-Denver | McKee, TX/Denver, CO | Product | 8,12" | 318 | 42,000 |
| 67% | Kansas City | Paola, KS/Kansas City, MO | Product | 8-10" | 54 | 89,000 |
| 50%[2] | Seaway Crude | Sweeny, TX/Cushing, OK | Crude | 30" | 542 | 350,000 |
| 50% | Pioneer | Sinclair, WY/Salt Lake City, UT | Product | 8,12" | 305 | 63,000 |
| 50% | ATA Line | Amarillo, TX/Albuquerque, NM | Product | 6,10" | 293 | 32,000 |
| 50% | Skelly-Belvieu | Skellytown, TX/Mont Belvieu, TX | Product | 8" | 577 | 30,000 |
| 50% | Heartland | McPherson, KS/Des Moines, IA | Product | 8, 6" | 36 | 30,000 |
| 50% | Chisholm | Kingfisher, OK/Conway, KS | NGL | 8-10" | 185 | 29,000 |
| 46% | Yellowstone | Billings, MT/Spokane, WA | Product | 10" | 654 | 68,000 |
| 33% | Harbor | Woodbury, NJ/Linden, NJ | Product | 16" | 80 | 104,000 |
| 33% | El Paso | McKee, TX/El Paso, TX | Product | 10" | 408 | 62,000 |
| 33% | SAAL | Amarillo, TX/Amarillo and Lubbock, TX | Product | 6" | 121 | 18,000 |
| 16.6% | Colonial | Pasadena, TX/New York, NY | Product | 30-40" | 5,300 | 2,200,000 |
| 13.8% | Explorer | Texas Gulf Coast/Chicago, IL | Product | 24, 28" | 1,400 | 500,000 |

[1] 100% interest held by CPChem. Operated by ConocoPhillips Pipe Line Co.
[2] 50% ownership in management company.

EXHIBIT B

PAGE 27

# *International*

## Europe

ConocoPhillips owns or has an interest in six refineries in Europe, with an aggregate rated crude oil capacity of 636 MBD. The company also has marketing operations through JET* and COOP* outlets and convenience stores.

### Refining

**Europe Refining** *as of Jan. 1, 2007*

| Refinery | Crude Charge Capacity Net (MBD) | Total Charge Capacity (MBD) | Gasoline Production Capacity Net (MBD) | Distillate Production Capacity Net (MBD)[1] | Nelson Complexity Factor[2] | Clean Product Yield |
|---|---|---|---|---|---|---|
| Wilhelmshaven | 260 | 260 | 36 | 102 | 5.0 | 53% |
| Humber | 221 | 228 | 84 | 119 | 12.1 | 84% |
| Whitegate | 71 | 71 | 18 | 30 | 6.6 | 65% |
| MiRO | 57 | 60 | 25 | 26 | 9.3 | 85% |
| Czech Refineries | 27 | 28 | 8 | 11 | 7.9 | 63% |
| **Total** | **636** | **646** | **170** | **287** | | |

[1] Includes aviation and jet fuel. [2] The Nelson Complexity Factor calculation considers the variety and capacity of the different processing units within a refinery. The higher a refinery's factor, the greater is its secondary conversion capacity and capability to produce higher-value products.

**Wilhelmshaven Refinery**

In February 2006, ConocoPhillips completed its purchase of the Wilhelmshaven refinery in Wilhelmshaven, Germany, from Louis Dreyfus Energy Holdings Limited. The purchase included the 260 MBD refinery, a marine terminal, rail and truck loading facilities, and a tank farm, as well as another entity that provides commercial and administrative support to the refinery. Crude oil processed by the refinery is primarily low-sulfur varieties produced in the North Sea. The refinery primarily produces transportation fuels, fuel oil and intermediate feedstocks, which are distributed to the inland market via truck and also transported to other nations in Europe and to the United States.

**Humber Refinery**

ConocoPhillips' wholly owned Humber refinery is located in North Lincolnshire, United Kingdom, and has a crude oil processing capacity of 221 MBD. Crude oil processed at the refinery is supplied primarily from the North Sea and includes light low-sulfur and acidic crude oils.

Humber is one of the most complex refineries in ConocoPhillips' portfolio and one of the most sophisticated in Europe. It is a fully integrated refinery that produces a high proportion of transportation fuels, such as gasoline and diesel fuel. Humber's fluid catalytic cracking unit/thermal cracking/coking configuration means that substantial volumes of other feedstocks, such as low-sulfur fuel oil and vacuum gas oil, are processed alongside crude oil to fully utilize Humber's cracking capability. The refinery's location on the east coast of England provides for cost-effective North Sea crude imports and product exports to European and U.S. markets.

The refinery also has two coking units with associated calcining plants that upgrade the heavy bottoms and imported feedstocks into light-oil products and high-value graphite and anode petroleum cokes. Humber is the only coking refinery in the United Kingdom and is the world's largest producer of specialty graphite cokes and the largest anode coke producer in Europe.

Approximately 70 percent of the light oils produced in the refinery are marketed in the United Kingdom, while the other products are exported to the rest of Europe and the United States.

**Whitegate Refinery**

The Whitegate refinery is located in Cork, Ireland. Whitegate is Ireland's only refinery and has a crude oil processing capacity of 71 MBD. Crude oil processed by the refinery is light, low-sulfur crude oil sourced mostly from the North Sea. Refined products are distributed inland and exported to international markets. ConocoPhillips also operates a crude oil and products storage complex with 7.5 million barrels of storage facilitated by an offshore mooring buoy in Bantry Bay, Cork, Ireland.

**MiRO Refinery**

The MineraloelRaffinerrie Oberrhein GmbH (MiRO) refinery in Karlsruhe, Germany, is a joint-venture refinery with a gross crude oil processing capacity of 307 MBD, approximately 45 percent being low-cost, high-sulfur crude.

ConocoPhillips has an 18.75 percent interest in MiRO, with a capacity share of 57 MBD. The other owners of MiRO are Shell Deutschland Oil GmbH, Esso Deutschland GmbH and Ruhr Oel GmbH (a 50/50 joint venture between BP and PDVSA). The refinery processes crude oil and other feedstocks supplied by each of the owners in proportion to their respective ownership interests, with each receiving their proportionate share of the products to market.



EXHIBIT B

PAGE 28

The MiRO complex is a fully integrated refinery, producing gasoline, middle distillates and specialty products, along with a small amount of residual fuel oil. The refinery has a high capacity to convert lower-cost feedstocks into higher-value products, primarily with a fluid catalytic cracker and delayed coker. The refinery produces both fuel-grade and specialty calcined cokes.

### Czech Refineries

ConocoPhillips, through its participation in Česká Rafinérská, a.s. (CRC), has an interest in two refineries in the Czech Republic, one in Kralupy and the other in Litvinov. The other owners of CRC are Unipetrol a.s., ENI International BV and Shell Overseas Investment B.V. The refinery at Litvinov has a gross crude oil processing capacity of 103 MBD, and the Kralupy refinery has a gross crude oil processing capacity of 63 MBD. ConocoPhillips' 16.33 percent ownership share of the combined capacity is 27 MBD. Litvinov processes light, low-sulfur Russian export-blend crude oil delivered by pipeline. Kralupy utilizes low-sulfur crude oil from the Mediterranean area.

The two refineries complement each other and are operated on an overall optimized basis, with certain intermediate streams moving between the two facilities. Each equity owner markets its share of finished products in the Czech Republic and neighboring markets. The company plans to divest its interests in the refineries during 2007.

## Marketing

ConocoPhillips has marketing operations in Europe through company-owned and dealer-owned JET* branded outlets. Through the company's joint-venture operations in Switzerland, ConocoPhillips also has an equity interest in approximately 184 sites marketing under the Coop brand name. The largest of the company's European marketing networks are in Germany and the United Kingdom. A portion of Irish refinery production is sold to inland Irish markets.

The company's European marketing strategy is to sell primarily through owned, leased or joint-venture retail sites using a low-cost, high-volume strategy. ConocoPhillips also markets aviation fuels, liquid petroleum gases, heating oils, transportation fuels and marine bunker fuels to commercial customers and into the bulk or spot market.

ConocoPhillips has announced its intention to divest some non-strategic marketing businesses during 2007. As of June 30, 2007, ConocoPhillips had completed the sale of marketing assets in Belgium, the Czech Republic, Finland, Hungary, Luxembourg, Poland and Slovakia.

**Europe Downstream** *as of March 31, 2007*




JET. coop mineraloel

ConocoPhillips primarily markets fuel under these brands in Europe and Asia.

EXHIBIT B
PAGE 29

# Asia Pacific

ConocoPhillips has had downstream operations in the Asia Pacific region since 1993. The company has an interest in a joint-venture refinery in Melaka, Malaysia, and petroleum coke marketing operations in several countries in the region. The company's retail businesses in Thailand and Malaysia were sold in 2007.

## Refining

**Asia Pacific Refining** *as of Jan. 1, 2007*

| Refinery | Crude Charge Capacity Net (MBD) | Total Charge Capacity (MBD) | Gasoline Production Capacity Net (MBD) | Distillate Production Capacity Net (MBD) | Nelson Complexity Factor[1] | Clean Product Yield |
|---|---|---|---|---|---|---|
| Melaka Refinery | 60 | 60 | 14 | 36 | 9.2 | 85% |

[1] The Nelson Complexity Factor calculation considers the variety and capacity of the different processing units within a refinery. The higher a refinery's factor, the greater is its secondary conversion capacity and capability to produce higher-value products.

### Melaka Refinery

The refinery in Melaka, Malaysia, is a joint venture with Petronas, the Malaysian state oil company. ConocoPhillips owns a 47 percent interest in the joint venture. The refinery has a rated crude oil processing capacity of 128 MBD of which the company's share is 60 MBD. The medium, high-sulfur crude oil processed by the refinery is sourced mostly from the Middle East. The refinery produces a full range of refined petroleum products. The refinery capitalizes on ConocoPhillips' proprietary coking technology to upgrade low-cost feedstocks to higher-margin products.

## Marketing

Before their divestment in June 2007, ConocoPhillips owned and operated 147 JET® branded outlets in Thailand. In addition, through a joint venture in Malaysia, there were 44 ProJET® retail outlets, including 40 company-owned, dealer-operated sites, and four dealer-owned and dealer-operated sites.

ConocoPhillips also markets specialty cokes in the region, sourced out of the Humber refinery in the United Kingdom and the Lake Charles refinery in the United States, and assists in the marketing of Melaka's fuel coke locally.

**Asia Pacific Downstream** *as of March 31, 2007*




EXHIBIT B
PAGE 30

# Specialty Products

ConocoPhillips manufactures and markets lubricants and specialty products. Finished lubricants, petroleum coke, waxes, solvents and pipeline flow improvers are sold to commercial, industrial and wholesale buyers worldwide.

### Petroleum Coke

The company's technical expertise in delayed coking is heavily utilized internally and is licensed to the industry as the technology of choice for upgrading heavy residues. In addition, expertise in carbon upgrading supports the supply of specialty cokes to the steel, aluminum and titanium dioxide industries. ConocoPhillips supplies all grades of calcined coke to multiple countries, with production from its refineries located in North America and the United Kingdom. Our manufacturing, technology and quality control combine to support our position as the largest global producer of graphite coke.

### Finished Lubricants

ConocoPhillips is one of the largest finished lubricants suppliers in the United States. It manufactures and markets four major lubricant brands: Phillips 66,® Conoco,® 76 Lubricants® and Kendall® Motor Oil. The combination of these diverse brands, along with supplying a number of private-label and original-equipment manufacturers in North America, gives ConocoPhillips a position in all key lubricants markets. Nationwide, the distribution network consists of marketers, mass merchandise stores, fast lubes, tire stores, automotive dealers and convenience stores.

### Base Oil

The company's 50 percent-owned Excel Paralubes joint venture is a hydrocracked lubricant base oil manufacturing facility located adjacent to the Lake Charles refinery. The facility produces approximately 20 MBD of high-quality, clear hydrocracked base oils. The Lake Charles refinery supplies Excel Paralubes with gas-oil feedstocks. ConocoPhillips purchases 50 percent of the joint venture's output and blends the base oil into finished lubricants or markets it to third parties. ConocoPhillips has an exclusive agreement with S-Oil Corporation to distribute and market their base oils in North America.

### CSPI

ConocoPhillips Specialty Products Inc. (CSPI) supplies flow improver products to customers on six continents. LiquidPower™ Flow Improvers maximize the flow potential of pipelines while increasing their operational flexibility, throughput capacity and economic performance. Millions of barrels of hydrocarbon liquids are treated with LiquidPower™ Flow Improvers for crude oils, refined products and select water applications.

### Solvents

ConocoPhillips directly, and through the Penreco joint venture, manufactures and markets a broad array of specialty solvents for use in chemical manufacturing and other industries.

PHILLIPS 66 · CONOCO · 76 · Kendall · LiquidPower FLOW IMPROVERS · ThruPlus® Delayed Coking Technology

ConocoPhillips markets specialty products under these brands.

EXHIBIT B

PAGE 31

EXHIBIT C

# Chemicals

## Chevron Phillips Chemical Company LLC

Chevron Phillips Chemical Company LLC (CPChem) is owned 50 percent by ConocoPhillips and 50 percent by Chevron Corporation. CPChem is one of the world's largest producers of olefins, polyolefins, aromatics and styrenics, piping and proprietary plastics.

Headquartered in The Woodlands, Texas, CPChem manufactures and markets a wide range of petrochemicals on a worldwide basis through its subsidiaries and equity affiliates, with manufacturing facilities located in the United States, Puerto Rico, Singapore, China, South Korea, Saudi Arabia, Qatar and Belgium. CPChem's business is comprised of three primary operating segments: Olefins & Polyolefins, Aromatics & Styrenics, and Specialty Products.

**At year-end 2006, CPChem:**

- Had total revenue of $12 billion.
- Had approximately $7 billion in assets.
- Owned 30 manufacturing facilities and six research and technology centers in seven countries.
- Employed approximately 5,150 people.
- Produced chemical products essential to manufacturing more than 70,000 consumer and industrial products.

U.S. Chemicals




EXHIBIT C

PAGE 32

## CPChem Plants

| Facility/Location | Segments Served | Product | Approximate Gross Capacity (million pounds per year) |
|---|---|---|---|
| Pasadena Plastics Complex *Pasadena, Texas* | Aromatics & Styrenics | K-Resin* SBC | 230 |
| | Olefins & Polyolefins | High-density polyethylene | 2,150 |
| Sweeny Facility *Old Ocean, Texas* | Olefins & Polyolefins | Ethylene | 4,155 |
| | Olefins & Polyolefins | Propylene | 1,165 |
| Borger Facility *Borger, Texas* | Specialty Products | Organosulfur chemicals | 172 |
| | Specialty Products | Ryton* PPS polymer | 22 |
| | Specialty Products | Performance and reference fuels | 120 |
| | Specialty Products | High-purity hydrocarbons and solvents | 140 |
| Cedar Bayou Facility *Baytown, Texas* | Olefins & Polyolefins | Ethylene | 1,770 |
| | Olefins & Polyolefins | Propylene | 920 |
| | Olefins & Polyolefins | NAO | 1,500 |
| | Olefins & Polyolefins | Polyalphaolefins | 104 |
| | Olefins & Polyolefins | Linear-low, low- and high-density polyethylene | 1,970 |
| Orange Chemical Facility *Orange, Texas* | Olefins & Polyolefins | High-density polyethylene | 920 |
| Port Arthur Facility *Port Arthur, Texas* | Olefins & Polyolefins | Ethylene | 1,770 |
| | Olefins & Polyolefins | Propylene | 735 |
| | Aromatics & Styrenics | Cyclohexane | 920 |
| Drilling Specialties *Conroe, Texas* | Specialty Products | Drilling specialty chemicals | 35 |
| Houston Compounding Facility *La Porte, Texas* | Specialty Products | Ryton* PPS compounds | 15 |
| St. James Facility *St. James, La.* | Aromatics & Styrenics | Styrene | 2,100 |
| Pascagoula Facility *Pascagoula, Miss.* | Aromatics & Styrenics | Paraxylene | 1,000 |
| | Aromatics & Styrenics | Benzene | 1,540 |
| Marietta Facility *Marietta, Ohio* | Aromatics & Styrenics | Polystyrene | 770 |
| Puerto Rico Facility *Guayama, Puerto Rico* | Aromatics & Styrenics | Paraxylene | 715 |
| Performance Pipe Division 9 locations in the United States | Olefins & Polyolefins | Polyethylene pipe, conduit & pipe fittings | 530 |
| **Non-U.S.** | | | |
| Plastics Compounding and Development Center, *Singapore* | Specialty Products | Ryton* PPS compounds | 11 |
| Zhangjiagang, China Facility *Zhangjiagang, China* | Aromatics & Styrenics | Polystyrene | 220 |
| Tessenderlo Chemicals Facility *Tessenderlo, Belgium* | Specialty Products | Organosulfur chemicals | 84 |
| Kallo Compounding Facility *Kallo-Beveren, Belgium* | Specialty Products | Ryton* PPS compounds | 20 |

EXHIBIT C

PAGE 33

## CPChem Plants

| Facility/Location | Segments Served | Product | Approximate Gross Capacity (million pounds per year) |
|---|---|---|---|
| **Joint-Venture Facilities:** | | | |
| Qatar Chemical Company Ltd. (Q-Chem) *Mesaieed, Qatar* | Olefins & Polyolefins | Ethylene | 1,100 |
| | Olefins & Polyolefins | High-density polyethylene | 1,000 |
| | Olefins & Polyolefins | 1-hexene | 100 |
| Chevron Phillips Singapore Chemicals (Private) Limited, *Singapore* | Olefins & Polyolefins | High-density polyethylene | 860 |
| Shanghai Golden Phillips Petrochemical Co. *Jinshanwei, China* | Olefins & Polyolefins | High-density polyethylene | 300 |
| Phillips Sumika Polypropylene Company, *Pasadena, Texas* | Olefins & Polyolefins | Polypropylene | 830 |
| Saudi Chevron Phillips Company *Al Jubail, Saudi Arabia* | Aromatics & Styrenics | Benzene | 1,180 |
| | Aromatics & Styrenics | Cyclohexane | 620 |
| K R Copolymer Co., Ltd. *Yeosu, South Korea* | Aromatics & Styrenics | K-Resin® SBC | 115 |

## Worldwide Chemicals




* See map on page 60.

EXHIBIT C

PAGE 34

## CPChem Net Petrochemical and Net Plastics Product Capacities

| Petrochemicals and Plastics Product Capacities | Net MMLB/Y (U.S. Only) | Net MMLB/Y (Worldwide) |
|---|---|---|
| Olefins and Polyolefins | 18,187 | 19,815 |
| Ethylene[1] | 7,695 | 8,234 |
| Propylene | 2,820 | 2,820 |
| HDPE[2,3] | 4,030 | 5,070 |
| LDPE | 600 | 600 |
| LLDPE | 410 | 410 |
| Polypropylene | 498 | 498 |
| Normal Alpha Olefins (NAO)[4] | 1,500 | 1,549 |
| Polyalphaolefins (PAO) | 104 | 104 |
| Polyethylene Pipe | 530 | 530 |
| Aromatics and Styrenics | 6,560 | 8,464 |
| Benzene[5] | 1,540 | 2,130 |
| Cyclohexane[6,7] | 920 | 1,230 |
| Paraxylene[8] | 1,000 | 1,715 |
| Styrene | 2,100 | 2,100 |
| Polystyrene | 770 | 990 |
| K-Resin* SBC[9] | 230 | 299 |
| Specialty Products | 482 | 597 |
| Specialty Chemicals and Plastics | 467 | 551 |
| Ryton* PPS[10] | 15 | 46 |

1 Worldwide ethylene capacity reflects CPChem's share of an equity affiliate's capacity in Qatar.

2 U.S. HDPE capacity reflects CPChem's 50 percent interest (410 million pounds) in co-owned capacity at Cedar Bayou facility in Baytown, Texas.

3 Worldwide HDPE capacity reflects co-owned capacity at Cedar Bayou facility and CPChem's shares of its joint-venture facilities in Qatar, Singapore and Jinshanwei, China.

4 Worldwide NAO capacity reflects CPChem's share of an equity affiliate's capacity in Qatar.

5 Worldwide benzene capacity reflects CPChem's share of an equity affiliate's capacity in Saudi Arabia.

6 Cyclohexane reflects CPChem's net production capacity only. If you include exclusive marketing rights to ConocoPhillips' Sweeny refinery cyclohexane production, then total net U.S. and net worldwide cyclohexane marketing capabilities are 1,520 MM and 1,830 MM pounds, respectively.

7 Worldwide cyclohexane capacity reflects CPChem's share of an equity affiliate's capacity in Saudi Arabia.

8 Paraxylene capacity reflects 715 million pounds of capacity, which currently is idled at Core facility in Guayama, Puerto Rico.

9 Worldwide K-Resin* SBC capacity reflects CPChem's share of an equity affiliate's capacity in South Korea.

10 Ryton* PPS production capacity defined by compounding capability available at Singapore; Kallo-Beveren, Belgium; and La Porte, Texas, of 11 MM, 20 MM and 15 MM pounds/yr., respectively. Borger, Texas, currently capable of producing 22 MM pounds of polymer which is combined with additives/modifiers at compounding operations to provide final product grades.

## Growth

### United States

Construction is under way on a new 22-million-pound-per-year Ryton* polyphenylene sulfide plant in Borger, Texas. Built next to CPChem's existing PPS plant in Borger, the new facility will double the company's total PPS capacity to approximately 44 million pounds per year. Project completion is anticipated in early 2009.

### Middle East

While a strong player in the North American petrochemical business, the company's Middle Eastern operations also play a significant and growing role in CPChem's success. With two major facilities in operation, two more under construction and another project under development, CPChem is committed to international growth and development.

Saudi Chevron Phillips Company (in operation since 1999) and Jubail Chevron Phillips Company (scheduled for operational startup in 2007) are 50/50 joint ventures between a CPChem affiliate and the Saudi Industrial Investment Group. The plants, collectively known as S-Chem, represent CPChem's Saudi Arabian assets. A third project in Saudi Arabia is under development with good progress reported, including key technology licenses and feedstock allocations.

Qatar Chemical Company Ltd. (Q-Chem) and Qatar Chemical Company II Ltd. (Q-Chem II) are joint ventures between a subsidiary of CPChem (49 percent) and Qatar Petroleum (51 percent). Q-Chem commenced operations in 2003 while the Q-Chem II project broke ground in 2006.

EXHIBIT C

PAGE 35

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On October 29, 2007, I served the foregoing document(s) described as: **DECLARATION OF RUSSELL H. OECHSEL, JR. IN SUPPORT OF DEFENDANT CONOCOPHILLIPS' NOTICE OF REMOVAL OF ACTION** on the interested party(ies) below, using the following means:

Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Tel: 619.294.7918
Fax: 619.296.8229
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2007 at Los Angeles, California.

David B. Kirvan
[Print Name of Person Executing Proof]

David B. Kirvan
[Signature]