ORIGINAL

FILED

07 OCT 29 PM 12:25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07 CV 2048 IEG (RBB)<br><br>**DEFENDANT CONOCOPHILLIPS COMPANY'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Defendant ConocoPhillips Company's Notice of Removal of Action; Civil Cover Sheet; Certificate of Service of Notice to Adverse Parties; and Notice of Related Cases filed concurrently herewith]<br><br>(San Diego Superior Court, Case No. 37-2007-00074151-CU-WT-CTL) |

The undersigned counsel of record for defendant, ConocoPhillips Company, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. ConocoPhillips Company – Defendant[1]
c/o Catherine A. Conway, Esq.
Julia I. De Beers, Esq.
Jeremy F. Bollinger, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310.229.1000
Facsimile: 310.229.1001

2. Michael D. Dowd – Plaintiff.
c/o Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Telephone: 619.294.7918
Facsimile: 619.296.8229

Dated: October 29, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Julia I. De Beers
Jeremy F. Bollinger

By ______________________
Jeremy F. Bollinger
Attorneys for Defendant
ConocoPhillips Company

[1] Although ConocoPhillips Marine is named as a defendant in this action, it is not a separate corporate entity from ConocoPhillips. See Declaration of Russ H. Oechsel, Jr. in Support of Defendant ConocoPhillips Company's Notice of Removal of Action ¶ 14.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On October 29, 2007, I served the foregoing document(s) described as: **DEFENDANT CONOCOPHILLIPS COMPANY'S CERTIFICATION AS TO INTERESTED PARTIES** on the interested party(ies) below, using the following means:

Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Tel: 619.294.7918
Fax: 619.296.8229
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2007 at Los Angeles, California.

David B. Kirvan
[Print Name of Person Executing Proof]

[Signature]