JOEL C. GOLDEN (#47904)
2356 Moore St., Suite 201
San Diego, CA 92110
Tel: 619-294-7918
Fax: 619-296-8229

Attorney for Plaintiff Michael D. Dowd

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No.: 3:07-CV-02048 IDG RBB<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Michael D. Dowd, through his attorney Joel C. Golden, hereby demands his right to a jury trial in this matter.

Dated: October 31, 2007

By: _s/ Joel C. Golden
Joel C. Golden
Attorney For Michael D. Dowd