**PROOF OF SERVICE**

DOWD V. CONOCOPHILLIPS

3:07-CV-02048 IEG RBB

I, Joel C. Golden, declare the following to be true and correct:

1) I am over the age of 18 and not a party to this action;
2) My business address is 2356 Moore Street, Suite 201, San Diego, CA 92110;
3) Today, November 1, 2007 I served PLAINTIFF'S DEMAND FOR JURY TRIAL on

JEREMY F. BOLLINGER
AKIN,GUMP, ET AL
2029 CENTURY PLAZA EAST
SUITE 2400
LOS ANGELES, CA 90067-3012

By placing said document in an envelope addressed to him at the above-stated address, affixing proper postage and depositing said envelope in U.S. Mail in San Diego, CA.

I declare the foregoing is true and correct subject to the laws of perjury of California. Executed in San Diego, CA this 1ST day of November, 2007.

s/ *Joel C. Golden*

____________________

Joel C. Golden