CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07-cv-2048 IEG (RBB)<br><br>**NOTICE OF APPEARANCE OF CATHERINE A. CONWAY AND JULIA I. DE BEERS FOR DEFENDANT CONOCOPHILLIPS COMPANY** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Please take notice that Bruce Jacobs of the law firm Akin Gump Strauss Hauer & Feld LLP hereby enters his appearance as an additional counsel of record on behalf for Defendant Gruma Corporation in the above-captioned case.

PLEASE TAKE NOTICE that Catherine A. Conway and Julia I. De Beers of the law firm Akin Gump Strauss Hauer & Feld LLP hereby appear as counsel for defendant ConocoPhillips Company in the above-captioned action. Please direct all pleadings and other correspondence to ConocoPhillips Company to the following counsel of record in addition to Jeremy F. Bollinger:

Catherine A. Conway
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
Email: cconway@akingump.com

Julia I. De Beers
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
Email: jdebeers@akingump.com

Dated: November 1, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Julia I. De Beers
Jeremy F. Bollinger

By s/Catherine A. Conway
Catherine A. Conway
Attorneys for Defendant
ConocoPhillips Company

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On November 1, 2007, I served the foregoing document(s) described as: **NOTICE OF APPEARANCE OF CATHERINE A. CONWAY AND JULIA I. DE BEERS FOR DEFENDANT CONOCOPHILLIPS COMPANY** on the interested party(ies) below, using the following means:

Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Tel: 619.294.7918
Fax: 619.296.8229
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 1, 2007 at Los Angeles, California.

Jeremy F. Bollinger
[Print Name of Person Executing Proof]

s/Jeremy F. Bollinger
[Signature]