**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DOWD v. CONOCO-PHILLIPS Case No. 07CV2048 IEG(RBB)
**Time Spent: 50 mins.**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| Joel Golden (present) | Catherine Conway (present) |
| | Jeremy Bollinger (present) |

PROCEEDINGS: x In Chambers ____ In Court ____ Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for April 17, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: December 13, 2007 IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Gonzalez
All Parties of Record

INITIALS: VL (mg/irc) Deputy