JOEL C. GOLDEN (#47904)
2356 Moore St., Suite 201
San Diego, CA 92110
Tel: 619-294-7918
Fax: 619-296-8229

Attorney for Plaintiff Michael D. Dowd

CATHERINE A. CONWAY (SBN 98266)
JEREMY F. BOLLINGER (SBN 240132)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Tel: 310-229-1000
Fax: 310-229-1001

Attorneys for Defendant ConocoPhillips Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No.: 3:07-CV-02048 IDG RBB<br><br>**PARTIES RULE 26(f) CONFERENCE REPORT** |

The parties, through their respective attorneys, hereby submit this Rule 26(f) Conference Report pursuant to the December 14, 2007 Order of United States Magistrate Judge Ruben B. Brooks.

The parties met and conferred by telephone on January 2, 2008 and discussed all issues stated in Federal Rules of Civil Procedure, Rule 26(f).

The parties discussed and reached agreement regarding Plaintiff executing Releases and Authorizations of Plaintiff's medical records. Defendants agreed to provide a copy of Plaintiff's personnel file as well as all documents evidencing communications between Plaintiff and Defendant regarding his alleged refusal to accept an assignment and his fear of flying.

The previously scheduled date of on or before January 21, 2008 for initial disclosures pursuant to Rule 26 (a) (1) (A-D) as well as the discovery completion date of September 8, 2008 were confirmed. All other dates agreed upon at the Early Neutral Evaluation Conference and contained in U.S. Magistrate Judge Ruben B. Brooks' December 14, 2007 Case Management Conference Order were confirmed by the parties.

Dated: January 4, 2008 By: s/ Joel C. Golden
Joel C. Golden
Attorney For Michael D. Dowd

Dated: January 4, 2008 By: s/ Catherine A. Conway
Catherine A. Conway
Attorney For Defendant ConocoPhillips Company