**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DOWD v. CONOCO-PHILLIPS Case No. 07CV2048 IEG(RBB)
**Time Spent:** ________

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| Joel Golden | Catherine Conway |
| | Jeremy Bollinger |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

The settlement conference on April 17, 2008, at 2:00 p.m. is vacated and reset for May 14, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: April 8, 2008 IT IS SO ORDERED: [signature]

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Gonzalez
All Parties of Record

INITIALS: VL (mg/irc) Deputy