CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
cconway@akingump.com
jdebeers@akingump.com
jbollinger@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07-cv-2048 IEG (RBB)<br><br>***EX PARTE* APPLICATION FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE SET FOR MAY 14, 2008 BY THE PERSON WITH COMPLETE SETTLEMENT AUTHORITY ON BEHALF OF CONOCOPHILLIPS COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Declaration of Jeremy F. Bollinger filed concurrently herewith] |

TO THE HONORABLE MAGISTRATE JUDGE RUBEN B. BROOKS AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Southern District Local Rules 16.1(d) and 16.3(b), Defendant ConocoPhillips Company ("Defendant") hereby makes this *ex parte* application to permit Defendant's representative with complete authority to enter into a binding settlement to appear telephonically at the settlement conference, scheduled for May 14, 2008, commencing at 1:30 p.m. before the Honorable Magistrate Judge Ruben B. Brooks, on the ground that a personal appearance would involve significant hardship.

Notice of these *ex parte* application papers has been served concurrently herewith. Counsel of record for Plaintiff is Joel C. Golden, Esq. Additionally, on May 5, 2008, Plaintiff's counsel was notified telephonically of the instant *ex parte* application as to its timing and substance. Plaintiff's counsel indicated that Plaintiff does not oppose the application.

Per the instructions of the Court's clerk, a proposed order has been emailed to the Court.

Dated: May 6, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Jeremy F. Bollinger

By ______/s/______
Jeremy F. Bollinger
Attorneys for Defendant
ConocoPhillips Company

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Southern District Local Rules 16.1(d) and 16.3(b), Defendant ConocoPhillips Company ("Defendant") hereby makes this *ex parte* application to permit Defendant's representative with complete authority to enter into a binding settlement to appear telephonically at the settlement conference scheduled for May 14, 2008, commencing at 1:30 p.m. before the Honorable Magistrate Judge Ruben B. Brooks, on the ground that a personal appearance would involve significant hardship.

Local Rule 16.3(b) provides that the "judge conducting the settlement conference may require the parties or representatives of a party other than counsel, who have authority to negotiate and enter into a binding settlement, to be present at the settlement conference." Further, Local Rule 16.1(d) permits the Court to "approve attendance of a party or counsel by telephonic conference call." Here, the person with complete authority to enter into a binding settlement on behalf of ConocoPhillips is Sonya Bishop. Ms. Bishop is eight months pregnant and unable to fly from Houston where she lives and works. See Declaration of Jeremy F. Bollinger ("Bollinger Decl.") at ¶ 2.

Counsel of record for Plaintiff is Joel C. Golden, Esq.. Plaintiff's counsel has been notified of the instant *ex parte* application, its timing and its substance. See Bollinger Decl., at ¶3. Plaintiff's counsel has indicated that Plaintiff does not oppose the application. See id. at ¶3.

No prejudice will result to any party herein by permitting Ms. Bishop to appear telephonically at the settlement conference.

Accordingly, Defendant respectfully requests that its representative with complete authority to enter into a binding settlement be permitted to appear telephonically, rather than by personal appearance.

Dated: May 6, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Jeremy F. Bollinger

By /s/
Jeremy F. Bollinger
Attorneys for Defendant
ConocoPhillips Company

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 6, 2008, I electronically served the foregoing document(s) described as: ***EX PARTE* APPLICATION FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE SET FOR MAY 14, 2008 BY THE PERSON WITH COMPLETE SETTLEMENT AUTHORITY ON BEHALF OF CONOCOPHILLIPS COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** with the Clerk of the Court using the ECF system which will send notification of such filing to the following party(ies) below. In addition, on May 6, 2008, I served the same document on the interested party(ies) below, using the following means:

Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Tel: 619.294.7918
Fax: 619.296.8229
E-Mail: goldenlawfirm@gmail.com
E-Mail: jgoldenatty@hotmail.com
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY FAX Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2008 at Los Angeles, California.

Jeremy F. Bollinger
[Print Name of Person Executing Proof]

s/Jeremy F. Bollinger
[Signature]

**Kirvan, David**

**From:** RightFax E-mail Gateway
**Posted At:** Tuesday, May 06, 2008 5:13 PM
**Conversation:** Your fax has been successfully sent to Joel C. Golden, Esq. at 16192968229.
**Posted To:** Inbox

**Subject:** Your fax has been successfully sent to Joel C. Golden, Esq. at 16192968229.

```
Your fax has been successfully sent to Joel C. Golden, Esq. at 16192968229.
------------------------------------------------------------
From: DKIRVAN
------------------------------------------------------------
Time: 5/6/2008 7:10:12 PM
Sent to 16192968229 with remote ID "562"
Result: (0/339;0/0) Successful Send
Page record: 1 - 5
Elapsed time: 02:14 on channel 3
```