CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
cconway@akingump.com
jdebeers@akingump.com
jbollinger@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07-cv-2048 IEG (RBB)<br><br>**DECLARATION OF JEREMY F. BOLLINGER IN SUPPORT OF <u>CORRECTED</u> *EX PARTE* MOTION FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE SET FOR MAY 14, 2008 BY THE PERSON WITH COMPLETE AUTHORITY ON BEHALF OF CONOCOPHILLIPS COMPANY**<br><br>[<u>Corrected</u> *Ex Parte* Motion, Memorandum of Points and Authorities filed concurrently herewith] |

# DECLARATION OF JEREMY F. BOLLINGER

I, JEREMY F. BOLLINGER, declare as follows:

1. I am an attorney duly licensed to practice law before this court. I am an associate in the law firm of Akin, Gump, Strauss, Hauer & Feld LLP, attorneys of record for Defendant ConocoPhillips Company. ("ConocoPhillips"). I have first-hand, personal knowledge of the following, and if called to testify under oath in these proceedings, I would competently testify thereto.

2. Sonya Bishop is the person with complete authority to enter into a binding settlement on behalf of ConocoPhillips is Sonya Bishop. Ms. Bishop lives and works in Houston, Texas. Ms. Bishop is eight months pregnant. Because of her pregnancy, Ms. Bishop has been advised not to travel.

3. Joel C. Golden, Esq., is counsel of record for Plaintiff Michael Dowd. On May 5, 2008, I notified Mr. Golden of the instant *ex parte* motion, as to its timing and substance. I told Mr. Golden that Ms. Bishop is the person with complete authority to enter into a binding settlement on behalf of ConocoPhillips, that she would be unable to attend the settlement conference in person because of her pregnancy and that Defendant would seek an *ex parte* motion today from Magistrate Judge Brooks to permit Ms. Bishop leave to appear telephonically. Mr. Golden indicated that Plaintiff does not oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May, 2008 at Los Angeles, California.

s/Jeremy F. Bollinger
Attorneys for Defendant ConocoPhillips Company
E-Mail: jbollinger@akingump.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 7, 2008, I electronically filed the foregoing document(s) described as: **DECLARATION OF JEREMY F. BOLLINGER IN SUPPORT OF CORRECTED *EX PARTE* MOTION FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE SET FOR MAY 14, 2008 BY THE PERSON WITH COMPLETE SETTLEMENT AUTHORITY ON BEHALF OF CONOCOPHILLIPS COMPANY** with the Clerk of the Court using the ECF system which will send notification of such filing to the following party(ies) below. In addition, on May 7, 2008, I served the same document on the interested party(ies) below, using the following means:

Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Tel: 619.294.7918
Fax: 619.296.8229
E-Mail: goldenlawfirm@gmail.com
E-Mail: jgoldenatty@hotmail.com
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY FAX Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 7, 2008 at Los Angeles, California.

| | |
|---|---|
| Jeremy F. Bollinger | s/Jeremy F. Bollinger |
| [Print Name of Person Executing Proof] | [Signature] |

## Kirvan, David

**From:** RightFax E-mail Gateway
**Posted At:** Wednesday, May 07, 2008 11:59 AM
**Conversation:** Your fax has been successfully sent to Joel C. Golden, Esq. at 16192968229.
**Posted To:** Inbox

**Subject:** Your fax has been successfully sent to Joel C. Golden, Esq. at 16192968229.

```
Your fax has been successfully sent to Joel C. Golden, Esq. at 16192968229.
------------------------------------------------------------
From: DKIRVAN
------------------------------------------------------------
Time: 5/7/2008 1:51:34 PM
Sent to 16192968229 with remote ID ""
Result: (0/301;0/0) Busy signal detected Page record: NONE SENT Elapsed time: 00:08 on
channel 14
------------------------------------------------------------
Time: 5/7/2008 1:56:46 PM
Sent to 16192968229 with remote ID "562"
Result: (0/339;0/0) Successful Send
Page record: 1 - 4
Elapsed time: 01:50 on channel 12
```