UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07-cv-2048 IEG (RBB)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE SET FOR MAY 14, 2008 BY THE PERSON WITH COMPLETE SETTLEMENT AUTHORITY ON BEHALF OF CONOCOPHILLIPS COMPANY [DOC. NO. 19]** |

On May 5, 2008, Defendant ConocoPhillips Company ("Defendant") filed an Ex Parte Application to permit Defendant's representative with complete authority to enter into a binding settlement to appear telephonically at the settlement conference scheduled for May 14, 2008, commencing at 1:30 p.m. ("Ex Parte Application").

After reviewing and considering the Ex Parte Application, the supporting Declaration of Jeremy F. Bollinger, the arguments of counsel, if any, and finding good cause for the requested relief, the Court GRANTS the Ex Parte Application, as follows:

IT IS HEREBY ORDERED that Sonya Bishop, Defendant's representative with complete authority to enter into a binding settlement, may appear telephonically at the May 14, 2008, settlement conference.

IT IS SO ORDERED.

Dated: May 7, 2008

Honorable Ruben B. Brooks
United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 7, 2008, I served the foregoing document(s) described as: **ORDER GRANTING *EX PARTE* APPLICATION FOR TELEPHONIC APPEARANCE AT THE SETTLEMENT CONFERENCE SET FOR MAY 14, 2008 BY THE PERSON WITH COMPLETE SETTLEMENT AUTHORITY ON BEHALF OF CONOCOPHILLIPS COMPANY** (not signed by Judge) on the interested party(ies) below, using the following means:

Joel C. Golden, Esq.
THE LAW OFFICE OF JOEL C. GOLDEN
2356 Moore Street, Suite 201
San Diego, California 92110
Tel: 619.294.7918
Fax: 619.296.8229
*Attorneys for Plaintiff*

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ BY FAX Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 7, 2008 at Los Angeles, California.

David B. Kirvan
[Print Name of Person Executing Proof]

______________________
[Signature]