CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
cconway@akingump.com
jdebeers@akingump.com
jbollinger@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07-cv-2048 IEG (RBB)<br><br>**STIPULATION FOR ENTRY OF ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE; ORDER THEREON** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, through their designated counsel, hereby stipulate and agree to the dismissal of the above-entitled action with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 9, 2008

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By s/Catherine A. Conway
Catherine A. Conway
Attorneys for Defendant ConocoPhillips Company and ConocoPhillips Marine

Dated: June 9, 2008

**LAW OFFICES OF JOEL C. GOLDEN**

By s/Joel C. Golden
Joel C. Golden
Attorneys for Plaintiff Michael D. Dowd

**IT IS SO ORDERED.**

Dated: ________________, 2008

______________________________________
Honorable Irma E. Gonzalez
United States District Court Judge