CATHERINE A. CONWAY (SBN 98266)
JULIA I. DE BEERS (SBN 233811)
JEREMY F. BOLLINGER (SBN 240132)
cconway@akingump.com
jdebeers@akingump.com
jbollinger@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

FILED
2008 JUN 11 PM 12:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KWH DEPUTY

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND CONOCOPHILLIPS MARINE,<br><br>Defendants. | Case No. 07-CV-2048 IEG (RBB)<br><br>**ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and based upon the stipulation and agreement of the parties to this action, the court hereby orders the dismissal of the above-entitled action with prejudice.

**IT IS SO ORDERED.**

Dated: June 10, 2008

Irma E. Gonzalez

Honorable Irma E. Gonzalez
United States District Court Judge