**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DOWD v. CONOCO-PHILLIPS Case No. 07CV2048 IEG(RBB)

**Time Spent: ________**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Joel Golden | Catherine Conway |
| | Jeremy Bollinger |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

The settlement disposition conference on June 16, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on June 9, 2008.

DATE: June 11, 2008 IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Gonzalez
All Parties of Record

INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\DOWD2048\Minutes05.wpd